# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132393

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JAMES EARL ODOMS, JR.,
          Defendant-Appellant.

SC: 132393
COA: 272136
Genesee CC: 05-016773-FC

_____/

     On order of the Court, the application for leave to appeal the September 19, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
                    Clerk

t0122